1092

No. 03–10176. WHITE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–10181. SANDMEYER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10185. SALES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10186. LIGHTNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10187. WATERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10188. GRAHAM v. ADAMS ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–10190. HEWITT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 03–10191. FOUNTAIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10193. FLEMING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10203. HERRIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10205. GRUBBS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10206. GREEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10210. GRIFFIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–10216. HARVEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10218. FOURSTAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10220. ZAKHARY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.